Steven James Brydie  #160459
**Name and Prisoner/Booking Number**

Gila County Jail, Globe, Az
**Place of Confinement**

P.O. Box 311
**Mailing Address**

Globe, Az  85502
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 21 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Steven James Brydie
**(Full Name of Petitioner)**

Petitioner,

vs.

Arizona Superior Court Division II
**(Name of the Director of the Department of
Corrections, Jailor or authorized person having
custody of Petitioner)**

Respondent,
and
The Attorney General of the State of Arizona,

Additional Respondent.

**CV-19-01264-PHX-JJT--CDB**

#
CASE NO. 2018-419/2017-509/2017-220
**(To be supplied by the Clerk)**

**PETITION UNDER 28 U.S.C. § 2254
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(NON-DEATH PENALTY)**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LRCiv P 5.1
**(Rule Number/Section)**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
Arizona Superior Court Division II, Globe, Az 85501, Gila County

(b) Criminal docket or case number: 2018-419, 2017-509, 2017-220

2. Date of judgment of conviction: February 8th, 2018

3. In this case, were you convicted on more than one count or crime?        Yes ☒    No ☐

Revised 3/9/07                                      1

**530**

American LegalNet, Inc.
www.FormsWorkflow.com

4. Identify all counts and crimes for which you were convicted and sentenced in this case: _____
Count I- Unlawful Use of Means of transportation, Count 2- Drug
Paraphernalia.

5. Length of sentence for each count or crime for which you were convicted in this case: One Calender
Year for Count #1 -probation, Count 2- One Calender year
probation, ran Concurrent.

6. (a) What was your plea?
   Not guilty          ☐
   Guilty              ☒
   Nolo contendere (no contest)  ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge,
   give details: I Plead guilty to Knowing or having Drug
   ParaPhernalia pand to unlawful use of Mecus of
   Transportation on 2/8/18. Sentenced to one year
   probation on both.

   (c) If you went to trial, what kind of trial did you have?  (Check one)     Jury ☐          Judge only ☐

7. Did you testify at the trial?     Yes ☐     No ☒

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☐     No ☒

   If yes, answer the following:

   (a) Date you filed: _____

   (b) Docket or case number: _____

   (c) Result: _____

   (d) Date of result: _____

   (e) Grounds raised: _____
   _____
   _____
   _____
   _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

American LegalNet, Inc.
www.FormsWorkflow.com

9. Did you appeal to the Arizona Supreme Court?    Yes ☐    No ☒

   If yes, answer the following:

   (a) Date you filed: _____

   (b) Docket or case number: _____

   (c) Result: _____

   (d) Date of result: _____

   (e) Grounds raised: _____

   _____

   _____

   _____

   _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

10. Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐    No ☒

   If yes, answer the following:

   (a) Date you filed: _____

   (b) Docket or case number: _____

   (c) Result: _____

   (d) Date of result: _____

   (e) Grounds raised: _____

   _____

   _____

   _____

   _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?    Yes ☐    No ☒

   If yes, answer the following:

American LegalNet, Inc.
www.FormsWorkflow.com

(a)  First Petition.

(1)  Date you filed: _____

(2)  Name of court: _____

(3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

(4)  Docket or case number: _____

(5)  Result: _____

(6)  Date of result: _____

(7)  Grounds raised: _____
_____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b)  Second Petition.

(1)  Date you filed: _____

(2)  Name of court: _____

(3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

(4)  Docket or case number: _____

(5)  Result: _____

(6)  Date of result: _____

(7)  Grounds raised: _____
_____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

American LegalNet, Inc.
www.FormsWorkflow.com

(c)  Third Petition.

    (1)  Date you filed: _____

    (2)  Name of court: _____

    (3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

    (4)  Docket or case number: _____

    (5)  Result: _____

    (6)  Date of result: _____

    (7)  Grounds raised: _____

    _____

    _____

    _____

    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(d)  Did you appeal the action taken on your petition, application, or motion to the:

<table>
<tr><td></td><td colspan="2" align="center"><u>Arizona Court of Appeals:</u></td><td colspan="2" align="center"><u>Arizona Supreme Court:</u></td></tr>
<tr><td>(1)  First petition:</td><td>Yes ☐</td><td>No ☐</td><td>Yes ☐</td><td>No ☐</td></tr>
<tr><td>(2)  Second petition:</td><td>Yes ☐</td><td>No ☐</td><td>Yes ☐</td><td>No ☐</td></tr>
<tr><td>(3)  Third petition</td><td>Yes ☐</td><td>No ☐</td><td>Yes ☐</td><td>No ☐</td></tr>
</table>

(e)  If you did not appeal to the Arizona Court of Appeals, explain why you did not: _____

_____

_____

_____

_____

_____

12.  For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

    <u>**CAUTION:**</u> <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

American LegalNet, Inc.
www.FormsWorkflow.com

**GROUND ONE:** Currently being held on probation violation after Not being Violated Directly from probation Department of Arizona, Gila County.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Sentenced to one year probation on 2/8/18 in Superior Court Division II, Gila County, by Honorable Judge Gary V. Scales.

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals? Yes ☐   No ☒

(c) If yes, did you present the issue in a:
    Direct appeal        ☐
    First petition       ☐
    Second petition      ☐
    Third petition       ☐

(d) If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: I had been waiting for Release of Custody based on the unsuccessful completion of my prior probationary conviction.

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court? Yes ☐   No ☒

American LegalNet, Inc.
www.FormsWorkflow.com

**GROUND TWO:** *Currently being held on probation violation after not being violated directly from Probation Department of Arizona Gila County.*

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

*Sentenced to one year Probation on 2/8/18 in Superior Court Division II (Gila County) by Honorable Judge Gary V. Scales.*

(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals? Yes ☐   No ☒

(c) If yes, did you present the issue in a:
Direct appeal ☐
First petition ☐
Second petition ☐
Third petition ☐

(d) If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: *I had been waiting for release of custody based on the unsuccessful completion of my prior probationary conviction.*

(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court? Yes ☐   No ☒

7

American LegalNet, Inc.
www.FormsWorkflow.com

**GROUND THREE:** Being held on Probation violation, yet being taken to trial for second degree murder and aggrivated assault.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

The State of Arizona Grand Jury has Not inclicted me on these allegedly charges of Murder in Second degree and Aggrivated assault.

(b) Did you present the issue raised in Ground Three to the Arizona Court of Appeals? Yes ☐   No ☒

(c) If yes, did you present the issue in a:
   Direct appeal       ☐
   First petition      ☐
   Second petition     ☐
   Third petition      ☐

(d) If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why: ___
My attorney (Michael Bernays), did Not advise me that this process was available.

(e) Did you present the issue raised in Ground Three to the Arizona Supreme Court? Yes ☐   No ☐

American LegalNet, Inc.
www.FormsWorkflow.com

**GROUND FOUR:** _____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Did you present the issue raised in Ground Four to the Arizona Court of Appeals?  Yes ☐      No ☐

(c) If yes, did you present the issue in a:
    Direct appeal        ☐
    First petition        ☐
    Second petition      ☐
    Third petition        ☐

(d)  If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: _____

_____

_____

_____

(e) Did you present the issue raised in Ground Four to the Arizona Supreme Court?  Yes ☐      No ☐

9

American LegalNet, Inc.
www.FormsWorkflow.com

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?      Yes ☐      No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available: _____

_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?   Yes ☐      No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

_____
_____
_____
_____
_____
_____

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?      Yes ☐      No ☒

    If yes, answer the following:

    (a) Name and location of the court that imposed the sentence to be served in the future: _____

_____
_____
_____

    (b)  Date that the other sentence was imposed: _____

    (c)  Length of the other sentence: _____

    (d)  Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?      Yes ☒      No ☐

American LegalNet, Inc.
www.FormsWorkflow.com

16.  TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Section 2244(d) provides in part that:
   (1)  A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of-
      (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
      (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
      (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
   (2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17.  Petitioner asks that the Court grant the following relief: _To grant relief of disposition on all cases listed for lack of evidentiary foundation to prosecute._

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)


   I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __2/19/19__ (month, day, year).

_____
**Signature of Petitioner**


_____          __2/19/19__
Signature of attorney, if any                        Date

American LegalNet, Inc.
www.FormsWorkflow.com